**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JESSICA P.,

                    Plaintiff,

-against-                                24 **CIVIL** 4834 (AEK)

                                                      **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 2, 2025, Plaintiff's motion for remand (ECF No. 13) is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 3, 2025

                                                         **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**

                                                          **Deputy Clerk**